

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| Joshua Alan Blow | | Civil Action No. 16-cv-03004-JLS-JLB |
|---|---|---|
| | **Plaintiff,** | |
| | V. | |
| Superior Court of California, San Diego; San Diego County District Attorney's Office; David Grapilon, Deputy District Attorney; Paul Greenwood, Deputy District Attorney | **Defendant.** | **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that on 2/15/2017, the Court granted plaintiff Joshua Alan Blow's Motion to Proceed IFP but dismissed his Complaint without prejudice for failure to state a claim. (See ECF No. 4.) The Court granted Plaintiff until 3/10/2017 to file an amended complaint, and also advised plaintiff that "[f]ailure to amend the Complaint within the time permitted will result in dismissal of this action with prejudice." (Id. at 5.) Roughly three months have passed since the 3/10/2017 deadline and plaintiff has not filed an amended complaint. Accordingly, the Court dismisses with prejudice the above-captioned case. This concludes the litigation in this matter.

Date: 6/13/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D. Juarez

D. Juarez, Deputy